UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CHISOM,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 18-07191 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On November 28, 2018, Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983, and a motion to proceed In Forma Pauperis ("IFP").[1] (Docket Nos. 1, 2.) On the same day, the Clerk sent Plaintiff a notice advising him that his IFP motion was deficient because it did not include a copy of a prison trust account statement showing transactions for the last six months, and that he must file the missing document within twenty-eight days of the notice to avoid dismissal. (Docket No. 3.) On January 10, 2019, after Plaintiff filed an amended complaint, the Court sua sponte granted him an extension of time to file the necessary document to support his IFP

---

[1] The matter was reassigned to this Court after Plaintiff declined magistrate judge jurisdiction. (Docket Nos. 5, 8.)

motion.[2] (Docket No. 11.) On February 13, 2019, Plaintiff filed a second IFP motion which is again deficient because it lacks the prisoner trust account statement showing transactions for the last six months. (Docket No. 13.)

Despite being twice advised that failure to provide the supporting document in the time provided would result in the dismissal of this action for failure to pay the filing fee without further notice to Plaintiff, he has failed to comply. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 2/21/2019

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.18\07194Chisom_dism.ifp

---

[2] The docket indicates that Plaintiff filed a "Prison Trust Fund Account Statement" on January 10, 2019. (Docket No. 10.) However, this description of the docket entry is incorrect as the actual document is a Certificate of Funds in Prisoner's Account. (Id.) Accordingly, Plaintiff has not filed any prison trust fund account statement to support his IFP motion.

2