UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CHISOM,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 18-07191 EJD (PR)<br><br>**ORDER VACATING JUDGMENT;<br>REOPENING CASE;<br>INSTRUCTIONS TO CLERK** |

On November 28, 2018, Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983, and a motion to proceed In Forma Pauperis ("IFP").[1] (Docket Nos. 1, 2.) The Clerk sent Plaintiff a notice advising him that his IFP motion was deficient because it did not include a copy of a prison trust account statement showing transactions for the last six months, and that he must file the missing document within twenty-eight days of the notice to avoid dismissal. (Docket No. 3.) On January 10, 2019, the Court sua sponte granted Plaintiff an extension of time to file the necessary

---

[1] The matter was reassigned to this Court after Plaintiff declined magistrate judge jurisdiction. (See Docket Nos. 5, 8.)

document to support his IFP motion.[2]  On February 13, 2019, Plaintiff filed a second IFP motion which was again deficient because it lacked the prisoner trust account statement showing transactions for the last six months.  (Docket No. 13.)  Accordingly, on February 21, 2019, the Court dismissed the complaint without prejudice for failure to pay the filing fee and entered judgment.  (See Docket Nos. 15, 16.)

Recently, the Court has received a facsimile containing a trust account statement from Napa State Hospital for Plaintiff.  (Docket No. 17.)  The statement was faxed on February 8, 2019, and docketed on March 11, 2019.  (Id.)  In addition, Plaintiff has filed a trust account statement, along with a letter inquiring as to which of his cases has been dismissed.  (Docket No. 18.)  Accordingly, in the interest of justice, the Court will vacate the judgment and reopen this action.

## CONCLUSION

For the foregoing reasons, the Order of Dismissal and Judgment entered on February 21, 2019, are hereby **VACATED**.  The Clerk of the Court shall reopen the file.  The Court will review the complaint pursuant to 28 U.S.C. § 1915A in a separate written order in due course.

**IT IS SO ORDERED.**

Dated: 3/21/2019

EDWARD J. DAVILA
United States District Judge

Order Vacating Judgment; Reopening Case; Instructions to Clerk
P:\PRO-SE\EJD\CR.18\07191Chisom_vacate-reopen.docx

---

[2] On January 10, 2019, Plaintiff filed another copy of the Certificate of Funds in Prisoner's Account which was improperly docketed as a prison trust account statement.  (See Docket No. 10.)  Accordingly, this document did not complete Plaintiff's IFP application.

2