UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED CHISOM,<br>    Plaintiff,<br>    v.<br>DR. AGRESTA, et al.,<br>    Defendants. | Case No. 18-07191 EJD (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 against medical staff at the Sonoma County Jail, where he was previously confined. (Docket No. 1.) Plaintiff was transferred to Napa State Hospital ("NSH"). The matter was initially dismissed for failure to pay the filing fee or file a complete In Forma Pauperis ("IFP") application. (Docket No. 15.) For good cause appearing, the Court ordered the matter reopened and vacated the judgment. (Docket No. 19.) Plaintiff's IFP application was granted on October 3, 2019. (Docket No. 21.)

On October 21, 2019, the order of dismissal with leave to amend sent to Plaintiff at NSH was returned to the Court as undeliverable. (Docket No. 22.) The Department of State Hospitals confirmed that Plaintiff was discharged from their facility in April 2019.

To date, Plaintiff has had no further communication with the Court since initiating this action.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 1/6/20

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.18\07191Chisom_dism.LR3-11